# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

LINDSEY M. WOLFE,

Appellant,

v.

HARRISON RANCH HOMEOWNERS' ASSOCIATION, INC.,

Appellee.

No. 2D2025-1005

————————————————

January 30, 2026

Appeal from the County Court for Manatee County; Renee Inman, Judge.

Lindsey M. Wolfe, pro se.

Jessee M. Tilden and Michael J. Prohidney of Tilden & Prohidney, PL, Bradenton, for Appellee.

PER CURIAM.

     Affirmed.

LUCAS, C.J., and LaROSE and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.